___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 25 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

09-CV-01211-DISCL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANDRA L. PALMER,

                Plaintiff,

v.

SPRINT NEXTEL CORPORATION, a Kansas corporation,

                Defendant.

No. C09-1211 JLR

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SPRINT NEXTEL CORPORATION PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Sprint Nextel Corporation states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 25, 2009

_____
Sarah J. Crooks, WSBA No. 35997
SCrooks@perkinscoie.com
Amanda J. Beane, WSBA No. 33070
ABeane@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendant*
*Sprint Nextel Corporation*

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT (NO. _____ ) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

59113-0070/LEGAL16736536.1

## CERTIFICATE OF SERVICE

On August 25, 2009, I filed the foregoing with the Clerk of the Court and served the following attorneys of record by electronic mail and U.S. First Class Mail, postage prepaid:

Kim Williams
Rob Williamson
WILLIAMSON & WILLIAMS
187 Parfitt Way SW, Suite 250
Bainbridge Island, WA 98110-2593
Kim@williamslaw.com
Roblin@williamslaw.com

*Attorneys for Plaintiff*

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of August, 2009.

_____
Amanda J. Beane, WSBA #33070
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
ABeane@perkinscoie.com

*Attorney for Defendants*
*Sprint Nextel Corporation*

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT (NO. _____ ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

59113-0070/LEGAL16736536.1