THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA L. PALMER, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>                      Defendant. | No. 09-1211 JLR<br><br>CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND RELATED DOCUMENTS |

AMANDA J. BEANE states:

On August 25, 2009, I caused to be served on the attorneys of record, as identified below, copies of the following documents:

1. Civil Cover Sheet;

2. Corporate Disclosure Statement for Defendant Sprint Nextel Corporation;

3. Notice of Removal by Defendant Sprint Nextel Corporation;

4. Verification of State Court Records;

5. Notice to Plaintiff of Removal

6. Notice of Removal to Clerk of Superior Court;

7. Declaration of Filing Notice of Removal with State Court Clerk; and

8. Certificate of Service of Notice of Removal and Related Docments.

CERTIFICATE OF SERVICE OF NOTICE OF
REMOVAL AND RELATED DOCUMENTS
(NO. 09-1211 JLR) – 1

59113-0070/LEGAL16738975.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Service was accomplished at the addresses set forth below, by the methods indicated:

**By Email and First Class U.S. Mail**

Kim Williams
Rob Williamson
Williamson & Williams
187 Parfitt Way SW, Ste. 250
Bainbridge Island, WA  98110
Kim@williamslaw.com
Roblin@williamslaw.com

**I certify under penalty of perjury that the foregoing is true and correct.**

DATED this 25th day of August, 2009.

*/s/ Amanda J. Beane*
AMANDA J. BEANE
Perkins Coie LLP

CERTIFICATE OF SERVICE OF NOTICE OF
REMOVAL AND RELATED DOCUMENTS
(NO. 09-1211 JLR – 2

59113-0070/LEGAL16738975.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000