Ricardo H. Nigaglioni
10005 Royal New Kent Dr
Austin, TX 78717
512-773-3517



FILED
LODGED
RECEIVED

NOV 28 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

November 11, 2011

Clerk of the Court
U.S. District Court for the
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, Washington 98101

Dear Clerk of the Court,

I am a member of the class action lawsuit in <u>Sandra L. Palmer v. Sprint Solutions, Inc.</u>, U.S.D.C.
W.D. Wash. Case No. 09-cv-01211-JLR.  Please file the enclosed notice of appeal to the
settlement in the case.  I have also enclosed my check for $455 for the appeal cost.

Thank you,

Ricardo H. Nigaglioni

Copy sent to:

Thomas L. Boeder
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101

Kim Williams
Williamson & Williams
187 Parfitt Way SW, Suite 250
Bainbridge, Washington 98110

**09-CV-01211-APP**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANDRA L. PALMER,                                 )
                                                  )
      Plaintiff,                                )
                                                  )
v.                                                )    No.: 09-cv-01211-JLR
                                                  )
                                                  )
SPRINT SOLUTIONS, INC.,                           )
                                                  )
                                                  )
      DEFENDANT.                                )

### NOTICE OF APPEAL

1. Notice is given that I, Ricardo Nigaglioni, a member of this class action, hereby appeal to the United States Court of Appeals for the Ninth Circuit the Judgment and Order of Final Approval entered on October 21, 2011.

2. Dated: November 21, 2011

Sincerely,

Ricardo Nigaglioni
10005 Royal New Kent Dr
Austin, TX 78717

Check enclosed.

1

I sent this notice of appeal by U.S. mail on November 21, 2011, to:

> Clerk of the Court
> U.S. District Court for the
> Western District of Washington
> 700 Stewart Street, Suite 2310
> Seattle, WA 98101
>
> Thomas L. Boeder
> Perkins Coie LLP
> 1201 Third Avenue, Suite 4800
> Seattle, WA 98101-3099
>
> Kim Williams
> Williamson & Williams
> 17253 Agate St. NE
> Bainbridge Island, WA 98110

Ricardo Nigaglioni

Ricardo H. Nicaglioni
10005 Royal New Kent Dr.
Austin, TX. 78717

AUSTIN TX 787

21 NOV 2011 PM 1 L

Clerk of the Court
U.S District Court for the
Western District of Washington
700 Stewart Street, Suite 2310
Seattle Washington 98101

98101344442